UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAPA CHEF, INC.,

    Plaintiff,

                                       Case No. 11-11007
                                       Hon. Lawrence P. Zatkoff

v.

PENN-STAR INSURANCE CO.,

    Defendant.

    _____/

## ORDER

      Attorney Vincent Collela represented Plaintiff Papa Chef, Inc. in this action until October 26, 2011. On that date, the Court entered an order [dkt 22] granting Mr. Colella's motion to withdraw as Plaintiff's attorney. The order indicated that Plaintiff had 20 days from the date of the order to obtain alternate counsel. More than 20 days passed and no substitute counsel entered an appearance for Plaintiff.

      On January 4, 2012, the Court entered an Order for Plaintiff to Show Cause as to why this case should not be dismissed with prejudice for Plaintiff's failure to abide by the Court's October 26, 2011 order requiring Plaintiff to retain new counsel. Plaintiff's response to the Order to Show Cause was due on or before January 18, 2012. As of the date of this Order, Plaintiff has failed to respond. Accordingly, it is HEREBY ORDERED that this case is dismissed with prejudice for Plaintiff's failure to respond to the Court's Orders.

IT IS SO ORDERED.

                                                S/Lawrence P. Zatkoff
                                                LAWRENCE P. ZATKOFF
                                                UNITED STATES DISTRICT JUDGE

Dated:  February 10, 2012

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 10, 2012.

                                                S/Marie E. Verlinde
                                                Case Manager
                                                (810) 984-3290